

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00463-CR

Ex Parte Christopher Floyd

On Appeal from the
28th District Court of Nueces County, Texas
Trial Cause No. 17FC-2162A

## JUDGMENT

This Court's judgment issued on October 10, 2019, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

November 14, 2019